# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON L. MERRILL and BRITTANY WILK,  
individually and on behalf of all others similarly situated

v.

TRANSWORLD SYSTEMS, INC, and U.S. BANK NATIONAL ASSOCIATION

Case No. 1:20-cv-00183  
Hon. Paul L. Maloney

TO: TRANSWORLD SYSTEMS, INC  
ADDRESS: c/o Registered Agent  
The Corporation Company  
40600 Ann Arbor Road East, Ste, 201  
Plymouth, Michigan 48170-4675

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS  
Daniel Myers  
The Law Offices of Daniel O. Myers, PLLC  
4020 Copper View Ste. 225  
Traverse City, MI 49684  
Phone: (231) 943-1135

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503  
P.O. Box 698, 314 Federal Building, Marquette, MI 49855  
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007  
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                    March 10, 2020  
                                    Date

## PROOF OF SERVICE

This summons for _____TRANSWORLD SYSTEMS, INC_____ was received by me on _____.  
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____  
(place where served)  
on _____.  
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person  
(name)  
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.  
(date)

☐ I served the summons on _____, who is designated by law to accept service  
(name of individual)  
of process on behalf of _____ on _____.  
(name of organization)                                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____  
*Server's signature*

Additional information regarding attempted service, etc.:

_____  
*Server's printed name and title*

_____  
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON L. MERRILL and BRITTANY WILK,
individually and on behalf of all others similarly situated

v.

TRANSWORLD SYSTEMS, INC, and U.S. BANK NATIONAL ASSOCIATION

Case No. 1:20-cv-00183
Hon. Paul L. Maloney

TO: U.S. BANK NATIONAL ASSOCIATION
ADDRESS: Office of U.S. Bank National Association
34405 W. 12 Mile Rd. Suite 215
Farmington Hills, MI 48331

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Daniel Myers
The Law Offices of Daniel O. Myers, PLLC
4020 Copper View Ste. 225
Traverse City, MI 49684
Phone: (231) 943-1135

CLERK OF COURT

By: Deputy Clerk

Date: March 10, 2020

---

## PROOF OF SERVICE

This summons for ___U.S. BANK NATIONAL ASSOCIATION___ was received by me on _____.
(name of individual and title, if any)    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address