AO 440 (Rev. 01/09) Summons in a Civil Action (WWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON L. MERRILL and BRITTANY WILK,
individually and on behalf of all others similarly situated

v.

TRANSWORLD SYSTEMS, INC, and U.S. BANK NATIONAL ASSOCIATION

Case No. 1:20-cv-00183
Hon. Paul L. Maloney

TO: TRANSWORLD SYSTEMS, INC
ADDRESS: c/o Registered Agent
The Corporation Company
40600 Ann Arbor Road East, Ste. 201
Plymouth, Michigan 48170-4675

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Daniel Myers
The Law Offices of Daniel O. Myers, PLLC
4020 Copper View Ste. 225
Traverse City, MI 49684
Phone: (231) 943-1135

CLERK OF COURT



By: Deputy Clerk        March 10, 2020
                        Date

## PROOF OF SERVICE

This summons for __TRANSWORLD SYSTEMS, INC__ (name of individual and title, if any) was received by me on _____ (date)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __KATHY HUNTER – Agent at CT Corp__ (name of individual), who is designated by law to accept service of process on behalf of __TRANSWORLD SYSTEMS  40600 ANN ARBOR  PLYMOUTH, MI 48170__ (name of organization) on __3/17/20  5:00 pm__ (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __3-23-2020__

Server's Signature

Jason Schmaus  Court Officer
Server's printed name and title

42815 Garfield Rd,
Suite 208,
Clinton Twp, MI 48038
Server's address

Additional information regarding attempted service, etc.: