# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ALLISON L. MERRILL and BRITTANY WILK, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSWORLD SYSTEMS, INC., and U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendants. | Case No.: 1:20-cv-00183 <br><br> Hon. Paul L. Maloney <br> U.S. District Judge <br><br> Hon. Sally J. Berens <br> U.S. Magistrate Judge |

## ORDER GRANTING STIPULATION TO EXTEND DEADLINES

This matter having come before the Court on the Stipulation to Propose Extension of Deadlines; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED. Defendants shall file their motions to dismiss on or before May 15, 2020; Plaintiffs shall file their responses to the motions to dismiss on or before June 29, 2020; Defendants shall file their replies on or before July 29, 2020.

Dated: April 1, 2020

    /s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Judge