# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ALLISON L. MERRILL and BRITTANY WILK,<br><br>      Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., and U.S. BANK NATIONAL ASSOCIATION,<br><br>      Defendants. | Case No.: 1:20-cv-00183<br><br>Hon. Paul L. Maloney<br>U.S. District Judge<br><br>Hon. Sally J. Berens<br>U.S. Magistrate Judge |

## CERTIFICATE OF COMPLIANCE

I, Albert J. Rota, certify that the foregoing Memorandum of Law in Support of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Complaint complies with W.D. Mich. LCivR 7.2 because it contains 7,941 words, excluding the portions exempted by LCivR 7.2(b)(i), as counted using Microsoft Word 2016.

/s/Albert J. Rota
Albert J. Rota
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
ajrota@jonesday.com

Andrew J. Clopton
JONES DAY
150 West Jefferson Avenue
Suite 2100
Detroit, Michigan 48226
Telephone: (313) 733-3939
Facsimile: (313) 230-7997
aclopton@jonesday.com

*Counsel for U.S. Bank National Association*