UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON L. MERRILL, et al.,

      Plaintiffs,                      Case No. 1:20–cv–183

v.                                     Hon. Paul L. Maloney

TRANSWORLD SYSTEMS, INC., et al.,

      Defendants.
_____/

## **ORDER**

In light of the stipulated order entered previously in this matter (ECF No. 7), the June 23, 2020 order to show cause (ECF No. 19) is discharged. No response is required.

     IT IS SO ORDERED.

Dated:  June 24, 2020                               /s/ Sally J. Berens
                                                         SALLY J. BERENS
                                                         U.S. Magistrate Judge