UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON L. MERRILL, et al.,

    Plaintiffs,                    Case No. 1:20–cv–183

v.

TRANSWORLD SYSTEMS, INC., et al.,

    Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Daniel Myers

RE: Response in Opposition (ECF No. 21)

REASON FOR NOTICE: Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION: None.

INFORMATION FOR FUTURE REFERENCE: Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                        CLERK OF COURT

Dated: June 30, 2020        By:   /s/ P. Woods_____
                                          Deputy Clerk