UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:20-cv-00183-PLM | 3/22/2021 | 11:00 AM – 11:26 AM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| Merrill et al v. Transworld Systems, Inc. et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Daniel O. Myers | Plaintiff(s) |
| Justin Harriss Homes | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; case management order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon